William C. Reeves
State Bar No. 183878
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone: 925/288-1776
Facsimile: 925/288-1856

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENSEL PHELPS CONSTRUCTION CO., <br><br> Plaintiff, <br><br> vs. <br><br> STONHARD, et al., <br><br> Defendants. | Case No.: 8:15-cv-00584-DOC-DFM <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO REMAND CASE BACK TO STATE COURT [15] |

The Court, having considered the stipulation of the parties and good cause appearing, orders that this matter be remanded back to State Court.

IT IS SO ORDERED.

Dated: April 27, 2015

_____
David O. Carter
District Court Judge

---

[PROPOSED] ORDER                                         Case No.: 8:15-cv-00584-DOC-DFM

1